IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAIR WINTERMYER AND MYSTERY WINTERMYER<br><br>*Plaintiffs,*<br><br>v.<br><br>MEYER'S RV CENTERS, LLC d/b/a MEYERS RV SUPERSTORES and REV RECREATION GROUP, INC.<br><br>*Defendants.* | No. 1:19-cv-02088-JEJ<br><br>Civil Action<br><br>JURY DEMAND |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41**

Please take notice that the parties have stipulated that all claims in the above captioned matter, including the claims set forth in Plaintiffs' Complaint, are dismissed with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and each party shall bear their own costs.

Respectfully submitted,

BARLEY SNYDER

By: _____*/s/ Michael J. Crocenzi*_____
Michael J. Crocenzi, Esquire
Attorney I.D. No. 66255
100 East Market Street
York, PA 17401
Tel: 717-814-5417
mcrocenzi@barley.com
*Attorney for Plaintiffs*

MORICONI FLOWERS, LTD.

By: _____*/s/ Theodore C. Flowers*_____
Theodore C. Flowers, Esquire
1500 JFK Boulevard, Suite 630
Philadelphia, PA 19102
Tel: (215) 627-2044
ted@moriconiflowers.com
*Attorney for Defendant REV Recreation Group, Inc*

8184775.1

PETER BAUER DEALER LAW

By: _____/s/____Peter Bauer_____
Peter Bauer, Esquire
6445 Gallop Road
Harrisburg, PA 17111
Tel: (717) 979-6465
pbdealerlaw@gmail.com
*Attorney for Defendant Meyer's RV Centers, LLC d/b/a Meyers RV Superstores*

Date: November 11, 2020

8184775.1